NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**RADOMYSL TWARDOWSKI,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

_____

2014-3177

_____

Petition for review of the Merit Systems Protection Board in No. DE-1221-13-0272-W-1.

_____

**ON MOTION**

_____

**O R D E R**

Radomysl Twardowski moves for leave to proceed in forma pauperis, which the court also construes as a motion to reinstate.

This appeal was dismissed on September 8, 2014 for failure to submit a Statement Concerning Discrimination and for failure to pay the fee. Twardowski has submitted the Statement Concerning Discrimination and the pending motion for leave to proceed in forma pauperis.

2                                    TWARDOWSKI v. ARMY

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion for leave to proceed in forma pauperis is denied.

(2)  The court's September 8, 2014 dismissal order will be vacated, the mandate will be recalled, and the appeal will be reinstated if Twardowski pays the docketing fee of $500 within 30 days of the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24